**Order entered December 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00474-CR

**RASHAD KEITH WADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00045-M**

## ORDER

Before the Court is appellant's December 3, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received that day filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE